**Electronically Filed
Supreme Court
SCWC-22-0000499
07-FEB-2024
10:03 AM
Dkt. 9 OGAC**

SCWC-22-0000499

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee,

vs.

ALEXANDER AQUINO, Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000499; CASE NO. 3CPC-21-0000757)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ., and
Circuit Judge Somerville, in place of Ginoza, J., recused)

Petitioner/Plaintiff-Appellee State of Hawaiʻi's application for writ of certiorari filed on December 22, 2023, is accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, February 7, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Rowena A. Somerville

